UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

STEPHEN BEIGHTLER

  PLAINTIFFS             JUDGMENT IN A CIVIL CASE

VS

SUNTRUST BANKS, INC.          CASE NO: 2:07-cv-2532-V

  DEFENDANT

*DECISION BY COURT.* This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Defendant's Motion For Summary Judgment And Denying Plaintiff's Motion For Summary Judgment, entered on December 29, 2008, pursuant to FRCP 56, judgment is entered in favor of the defendant. This cause is dismissed.

**APPROVED:**

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| December 30, 2008 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

                s/Betty Guy
                (By) Deputy Clerk